In re estate of Katherine Noesen, deceased.

John E. Noesen et al., appellants, v. Katherine Erkensweck, appellee. Gen. No. 25,485.

Order setting aside an order of the probate court admitting a will to probate. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed November 30, 1920. Rehearing denied December 13, 1920.

Albert H. Fry and Lewis S. Eaton, for appellants. Thomas W. Prindiville, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Wakem & McLaughlin Company, appellee, v. Atchison, Topeka & Santa Fe Railway Company, appellant. Gen. No. 25,518.

Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded for reasons stated in No. 25,517, *ante*, p. 188. Opinion filed November 30, 1920.

Homer W. Davis, John R. Ong and Sloane Turgeon, for appellant. Fisher, Boyden, Kales & Bell, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Julius Auerbach, appellee, v. C. E. Heath et al., appellants. Gen. No. 25,554.

Action on a policy of insurance against theft, robbery or pilferage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

John A. Bloomingston, for appellants. Andrew C. Wylie, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Emilie Tuma, appellant, v. North American Union, appellee. Gen. No. 25,572.

Motion to vacate judgment in an action on a life insurance policy. Order to vacate. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Appeal dismissed. Opinion filed November 30, 1920.

Ernest W. Clark and Elmer M. Leesman, for appellant. William C. Hartray and C. Helmer Johnson, for appellee; James D. Power, of counsel.

Mr. Justice Matchett delivered the opinion of the court.